

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☑ INFORMATION  ☐ INDICTMENT

CASE NO. 2:14-CR-0015-JCM-VCF

Matter Sealed: ☐ Juvenile  ☑ Other than Juvenile
☑ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☑ Information

USA vs.
Defendant: ALEXANDER JARIV

Address:

[Stamp: RECEIVED / SERVED ON / COUNSEL/PARTIES OF RECORD / FILED / ENTERED / JAN 22 2014 / CLERK US DISTRICT COURT / DISTRICT OF NEVADA / DEPUTY]

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT  Las Vegas
DISTRICT OF                    Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Pamela Mrenak
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. ____

Name of Asst. U.S. Attorney (if assigned): Crane M. Pomerantz

☐ Interpreter Required   Dialect: ____

Birth Date ____

☐ Male    ☐ Alien
☐ Female  (if applicable)

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
SA - Elizabeth KilCommons - FBI

Social Security Number ____

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

### DEFENDANT

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date ____ or Date Transferred to Federal Custody ____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): ____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

Place of offense: ____  County: ____

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts  1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. Sec. 371 | Conspiracy | 1 |