# SEALED

Office of the United States Attorney
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV 89101
(702) 388-6336



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER JARIV,<br><br>Defendant. | 2:14-CR-015-JCM-(VCF) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on or about January 22, 2014, defendant ALEXANDER JARIV pled guilty to Count One of a One-Count Criminal Information charging him with Conspiracy to: Commit Wire Fraud in violation of Title 18, United States Code, Section 1343; make false statements under the Clean Air Act in violation of Title 42, United States Code, Section 7413(c)(2)(A); and Launder Monetary Instruments in violation of Title 18, United States Code, Section 1956; all in violation of Title 18, United States Code, Section 371. Information, ECF No. __; Change of Plea, ECF No. __; Plea Memorandum, ECF No. __.

This Court finds defendant ALEXANDER JARIV agreed to the forfeiture of the property set forth in the Plea Memorandum and the Forfeiture Allegation of the Criminal Information. Information, ECF No. __; Change of Plea, ECF No. __; Plea Memorandum, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Memorandum and the Forfeiture

Allegation of the Criminal Information and the offense to which defendant ALEXANDER JARIV pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p):

1. Cash in the amount of $42,000;
2. 2007 Hummer H2, bearing Nevada tag 953 YZT, VIN 5GRGN23U77H100987;
3. Real Property located at 322 Karen Avenue, #1801, Las Vegas, NV Clark County parcel number 162-10-114-121, including all structures, appurtenances, and improvements thereon;
4. Contents of Bank of Montreal Account No. 3970448;
5. Contents of Bank of Montreal Account No. 4781218;
6. Contents of American First Credit Union Account No. 27844083-1; and
7. Contents of any other foreign or domestic bank account involved in the offense and any property traceable to such property

(all of which constitutes "property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ALEXANDER JARIV in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the

1  time under the applicable statute when a petition contesting the forfeiture must be filed, and state the
2  name and contact information for the government attorney to be served with the petition, pursuant to
3  Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

4  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity
5  who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate
6  the validity of the petitioner's alleged interest in the property, which petition shall be signed by the
7  petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and
8  Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's
9  right, title, or interest in the forfeited property and any additional facts supporting the petitioner's
10 petition and the relief sought.

11 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
12 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than
13 thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days
14 after the first day of the publication on the official internet government forfeiture site,
15 www.forfeiture.gov.

16 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
17 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
18 following address at the time of filing:

19        Daniel D. Hollingsworth
       Assistant United States Attorney
20        Lloyd D. George United States Courthouse
       333 Las Vegas Boulevard South, Suite 5000
21        Las Vegas, Nevada 89101.

22 . . .

23 . . .

24 . . .

25 . . .

26

3

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk's Office will provide a copy of this Order to the United States Attorney's Office, Daniel D. Hollingsworth, Assistant United States Attorney.

DATED February 5, 2014.

_____
UNITED STATES DISTRICT JUDGE

4

## PROOF OF SERVICE

I, Heidi L. Skillin, Paralegal, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on February 3, 2014, by the below identified method of service:

First Class Mail

John Kinchen
1221 McKinney, Suite 3150
Houston, TX 77010
Counsel for Alexander Jariv

/s/Heidi L. Skillin
HEIDI L. SKILLIN
Forfeiture Support Associates Paralegal