# SEALED

Office of the United States Attorney
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV 89101
(702) 388-6336

1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada Bar No. 2137
   DANIEL D. HOLLINGSWORTH
3  Assistant United States Attorney
   Nevada State Bar No. 1925
4  Lloyd D. George United States Courthouse
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Telephone: (702) 388-6336
6  Facsimile: (702) 388-6787
   E-mail: Daniel.Hollingsworth@usdoj.gov
7  Counsel for the United States of America

```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

        FEB 18 2014

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,               )
                                )
    v.                           )   2:14-CR-015-JCM-(VCF)
                                )
ALEXANDER JARIV,                 )
                                )
        Defendant.               )

**THE UNITED STATES OF AMERICA'S MOTION TO RECORD A JOHN DOE PRELIMINARY ORDER OF FORFEITURE IN PLACE OF THE SEALED PRELIMINARY ORDER OF FORFEITURE (ECF NO. 11) WITH THE CLARK COUNTY RECORDER'S OFFICE**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, respectfully requests this Court to sign the United States' attached proposed John Doe Preliminary Order of Forfeiture (Exhibit 1), to certify three copies, and to request permission to record the John Doe Preliminary Order of Forfeiture with the Clark County Recorder's Office in lieu of the Sealed Preliminary Order of Forfeiture which was filed on or about February 3, 2014. See attached Exhibit 1, proposed John Doe Preliminary Order of Forfeiture and Exhibit 2, Sealed Preliminary Order of Forfeiture (ECF No. 11).

. . .

1    This case was sealed to protect the defendant as a confidential informant in the case of *United
2    States of America v. James Jariv et al.*, court case number 2:14-CR-006-APG-(GWF). The United
3    States desires to keep the confidential informant protected from the defendants in the above-named
4    criminal case. The sealed Preliminary Order of Forfeiture has forfeited specific property to the United
5    States and orders the United States to take custody of the assets. One of the assets is real property. To
6    take custody of it, the United States must record the Preliminary Order of Forfeiture with the Clark
7    County Recorder's Office. The recording also protects the United States' interests in the real property.

8    The way to achieve the protection of the confidential informant and the United States' interest
9    in the property by the recording of the Preliminary Order of Forfeiture is to request the court: allow the
10   United States to submit a proposed John Doe Preliminary Order of Forfeiture; sign the proposed John
11   Doe Preliminary Order of Forfeiture; have the court clerk certify three copies; and allow the United
12   States to record the John Doe Preliminary Order of Forfeiture with the County Recorder's Office.

13   The United States wants the original Preliminary Order of Forfeiture to remain under seal as
14   part of the record. By filing the attached John Doe Preliminary Order of Forfeiture, the United States
15   will be able to file the Preliminary Order of Forfeiture with the County Recorder to take possession of
16   the property listed in the Preliminary Order of Forfeiture to protect its interest. The United States will
17   publish immediately under the name of John Doe in the government forfeiture website,
18   www.forfeiture.gov. Service of the potential claimants with the Preliminary Order of Forfeiture will
19   occur after the case is unsealed.

20   . . .
21   . . .
22   . . .
23   . . .
24   . . .
25   . . .
26   . . .

2

1  For these reasons, this Court should sign the United States' attached John Doe Preliminary Order
2  of Forfeiture (Exhibit 1) and grant permission to record it with the Clark County Recorder's Office in lieu
3  of the Preliminary Order of Forfeiture which was filed under seal on or about February 3, 2014.
4  DATED this 18th day of February, 2014.

DANIEL G. BOGDEN
United States Attorney

DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE
DATED: March 13, 2014

**PROOF OF SERVICE**

I, Heidi L. Skillin, Paralegal, certify that the following individuals were served with copies of **THE UNITED STATES OF AMERICA'S MOTION TO RECORD A JOHN DOE PRELIMINARY ORDER OF FORFEITURE IN PLACE OF THE SEALED PRELIMINARY ORDER OF FORFEITURE (ECF NO. 11) WITH THE CLARK COUNTY RECORDER'S OFFICE** on February 18, 2014, by the below identified method of service:

First Class Mail

John Kinchen
1221 McKinney, Suite 3150
Houston, TX 77010
Counsel for Alexander Jariv

_____
HEIDI L. SKILLIN
Forfeiture Support Associates Paralegal

4

# EXHIBIT 1

# EXHIBIT 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) 2:14-CR-015-JCM-(VCF) |
| JOHN DOE, | ) ) |
| Defendant. | ) ) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on or about January 22, 2014, defendant JOHN DOE pled guilty to Count One of a One-Count Criminal Information charging him with Conspiracy to: Commit Wire Fraud in violation of Title 18, United States Code, Section 1343; make false statements under the Clean Air Act in violation of Title 42, United States Code, Section 7413(c)(2)(A); and Launder Monetary Instruments in violation of Title 18, United States Code, Section 1956; all in violation of Title 18, United States Code, Section 371. Information, ECF No. __; Change of Plea, ECF No. __; Plea Memorandum, ECF No. __.

This Court finds defendant JOHN DOE agreed to the forfeiture of the property set forth in the Plea Memorandum and the Forfeiture Allegation of the Criminal Information. Information, ECF No. __; Change of Plea, ECF No. __; Plea Memorandum, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Memorandum and the Forfeiture Allegation of the Criminal Information and the offense to which defendant JOHN DOE pled guilty.

1  The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
2  981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section
3  982(a)(1); and Title 21, United States Code, Section 853(p):

4      1. Cash in the amount of $42,000;
5      2. 2007 Hummer H2, bearing Nevada tag 953 YZT, VIN 5GRGN23U77H100987;
6      3. Real Property located at 322 Karen Avenue, #1801, Las Vegas, NV Clark County
7         parcel number 162-10-114-121, including all structures, appurtenances, and
8         improvements thereon;
9      4. Contents of Bank of Montreal Account No. 3970448;
10     5. Contents of Bank of Montreal Account No. 4781218;
11     6. Contents of American First Credit Union Account No. 27844083-1; and
12     7. Contents of any other foreign or domestic bank account involved in the offense and
13        any property traceable to such property

14 (all of which constitutes "property").

15  This Court finds the United States of America is now entitled to, and should, reduce the
16 aforementioned property to the possession of the United States of America.

17  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
18 United States of America should seize the aforementioned property.

19  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
20 JOHN DOE in the aforementioned property is forfeited and is vested in the United States of America
21 and shall be safely held by the United States of America until further order of the Court.

22  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
23 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
24 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the
25 time under the applicable statute when a petition contesting the forfeiture must be filed, and state the
26 . . .

1  name and contact information for the government attorney to be served with the petition, pursuant to
2  Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
3      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity
4  who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate
5  the validity of the petitioner's alleged interest in the property, which petition shall be signed by the
6  petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and
7  Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's
8  right, title, or interest in the forfeited property and any additional facts supporting the petitioner's
9  petition and the relief sought.
10      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
11  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than
12  thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days
13  after the first day of the publication on the official internet government forfeiture site,
14  www.forfeiture.gov.
15      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
16  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
17  following address at the time of filing:
18      Daniel D. Hollingsworth
    Assistant United States Attorney
19      Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
20      Las Vegas, Nevada 89101.
21      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
22  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
23  following publication of notice of seizure and intent to administratively forfeit the above-described
24  property.
25
26

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk's Office will provide a three certified copies of this Order to the United States Attorney's Office, Daniel D. Hollingsworth, Assistant United States Attorney.

DATED this ___ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE

4

# EXHIBIT 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# SEALED

Office of the United States Attorney
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV 89101
(702) 388-6336



```
___ FILED        ___ REC...
___ ENTERED      ___ SER...
          COUNSEL/PARTIES OF R...
          FEB - 3 2014
          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-CR-015-JCM-(VCF) |
| ALEXANDER JARIV, | ) |
| Defendant. | ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on or about January 22, 2014, defendant ALEXANDER JARIV pled guilty to Count One of a One-Count Criminal Information charging him with Conspiracy to: Commit Wire Fraud in violation of Title 18, United States Code, Section 1343; make false statements under the Clean Air Act in violation of Title 42, United States Code, Section 7413(c)(2)(A); and Launder Monetary Instruments in violation of Title 18, United States Code, Section 1956; all in violation of Title 18, United States Code, Section 371. Information, ECF No. __; Change of Plea, ECF No. __; Plea Memorandum, ECF No. __.

This Court finds defendant ALEXANDER JARIV agreed to the forfeiture of the property set forth in the Plea Memorandum and the Forfeiture Allegation of the Criminal Information. Information, ECF No. __; Change of Plea, ECF No. __; Plea Memorandum, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Memorandum and the Forfeiture

Allegation of the Criminal Information and the offense to which defendant ALEXANDER JARIV pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p):

1. Cash in the amount of $42,000;
2. 2007 Hummer H2, bearing Nevada tag 953 YZT, VIN 5GRGN23U77H100987;
3. Real Property located at 322 Karen Avenue, #1801, Las Vegas, NV Clark County parcel number 162-10-114-121, including all structures, appurtenances, and improvements thereon;
4. Contents of Bank of Montreal Account No. 3970448;
5. Contents of Bank of Montreal Account No. 4781218;
6. Contents of American First Credit Union Account No. 27844083-1; and
7. Contents of any other foreign or domestic bank account involved in the offense and any property traceable to such property

(all of which constitutes "property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ALEXANDER JARIV in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the

1 time under the applicable statute when a petition contesting the forfeiture must be filed, and state the
2 name and contact information for the government attorney to be served with the petition, pursuant to
3 Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
4     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity
5 who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate
6 the validity of the petitioner's alleged interest in the property, which petition shall be signed by the
7 petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and
8 Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's
9 right, title, or interest in the forfeited property and any additional facts supporting the petitioner's
10 petition and the relief sought.
11     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
12 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than
13 thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days
14 after the first day of the publication on the official internet government forfeiture site,
15 www.forfeiture.gov.
16     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
17 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
18 following address at the time of filing:

19
20     Daniel D. Hollingsworth
    Assistant United States Attorney
    Lloyd D. George United States Courthouse
21     333 Las Vegas Boulevard South, Suite 5000
    Las Vegas, Nevada 89101.
22 . . .
23 . . .
24 . . .
25 . . .
26

3

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3  following publication of notice of seizure and intent to administratively forfeit the above-described
4  property.
5  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk's Office will
6  provide a copy of this Order to the United States Attorney's Office, Daniel D. Hollingsworth,
7  Assistant United States Attorney.
8  DATED February 5, 2014.

*[signature]*
UNITED STATES DISTRICT JUDGE

4

## PROOF OF SERVICE

I, Heidi L. Skillin, Paralegal, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on February 3, 2014, by the below identified method of service:

First Class Mail

John Kinchen
1221 McKinney, Suite 3150
Houston, TX 77010
Counsel for Alexander Jariv

/s/Heidi L. Skillin
HEIDI L. SKILLIN
Forfeiture Support Associates Paralegal