SEALED

DANIEL G. BOGDEN
United States Attorney
WAYNE D. HETTENBACH
Senior Trial Attorney – United States Department of Justice
DARRIN L. MCCULLOUGH
Trial Attorney – United States Department of Justice
CRANE M. POMERANTZ
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388- 6418

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEX JARIV,<br><br>    Defendant. | Case no. 2:14-cr-00015-JCM-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING AND PROPOSED ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Daniel G. Bogden, United States Attorney, and Wayne D. Hettenbach, Senior Trial Attorney, Darrin McCullough, Trial Attorney, and Crane M. Pomerantz, Assistant United States Attorney, counsel for the United States of America, and John Kinchen, Esq., counsel for defendant Alex Jariv, that the sentencing hearing in the above-captioned matter, currently scheduled for June 4, 2015, be vacated and continued until a date and time after August 17, 2015. This stipulation is entered into for the following reasons:

1. Defendant Alex Jariv has been cooperating with the United States in a case in the District of Nevada (Case No. 2:14-00006-APG-GWF) as well as the Southern District of Texas (Case No. 12-656-02). As part of the plea agreement in the instant case, the United States agreed to recommend to the Court that sentencing in this matter occur after Alex Jariv's sentencing in the Southern District of Texas. Sentencing in the Southern District of Texas is scheduled for August 17, 2015.

LEWIS
BRISBOIS

4836-5912-2980.1

2. The defendant is not incarcerated and agrees to this continuance.

3. Denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested herein is not sought for purposes of delay, but to allow for defendant Alex Jariv to receive the full benefit of his previous and anticipated cooperation in both the District of Nevada and the Southern District of Texas.

DATED this 28th day of May, 2015.

By: /s/ *John Kinchen*
JOHN KINCHEN, ESQ.
Counsel for Defendant Alex Jariv

By: /s/ *Crane Pomerantz*
CRANE POMERANTZ
Assistant United States Attorney
WAYNE D. HETTENBACH
Senior Trial Attorney
DARRIN L. MCCULLOUGH
Trial attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALEX JARIV,<br><br>　　　　　Defendant. | Case no.: 2:14-cr-00015-JCM-VCF<br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Alex Jariv has been cooperating with the United States in a case in the District of Nevada (Case No. 2:14-00006-APG-GWF) as well as the Southern District of Texas (Case No. 12-656-02). As part of the plea agreement in the instant case, the United States agreed to recommend to the Court that sentencing in this matter occur after Alex Jariv's sentencing in the Southern District of Texas. Sentencing in the Southern District of Texas is scheduled for August 17, 2015.

2. The defendant is not in custody and does not object to a continuance.

3. Denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested herein is not sought for purposes of delay, but to allow for defendant Alex Jariv to receive the full benefit of his previous and anticipated cooperation in both the District of Nevada and the Southern District of Texas.

5. Denial of this request for a continuance could result in a miscarriage of justice.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, insofar as it would deny defendant Alex Jariv the opportunity to fully benefit from his cooperation, taking into account the exercise of due diligence.

Based upon the stipulation of counsel, and good cause appearing:

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for June 4, 2015, be VACATED and continued to  August 18 , 20 15  at   10:00   a.m./p.m.

DATED June 1, 2015.

_____
The Honorable James C. Mahan
United States District Judge

4836-5912-2980.1

4

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of , and that on this 28th day of May, 2015, I did cause a true copy of

**STIPULATION TO CONTINUE SENTENCING AND PROPOSED ORDER**

to be served via electronic mail to:

Crane Pomerantz: crane.pomerantz@usdoj.gov
Assistant US Attorney

By  /s/ Krystle Platero
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

4836-5912-2980.1

5