# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-00015-JCM-VCF |
| vs. | **ORDER** |
| ALEX JARIV, | |
| Defendant. | |

Before the court is the Motion to Unseal (#32). The government states that the need for sealing has been eliminated as defendants have pled guilty. *Id.*

Accordingly,

IT IS HEREBY ORDERED that the Motion to Unseal (#32) is GRANTED.

DATED this 3rd day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE