# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:14-CR-015-JCM-(VCF) |
| ALEXANDER JARIV, | ) ) ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant ALEXANDER JARIV to the criminal offense, forfeiting the property set forth in the Plea Memorandum and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant ALEXANDER JARIV pled guilty. Criminal Information, ECF No. 5; Plea Memorandum, ECF No. 7; Change of Plea, ECF No. 8; Preliminary Order of Forfeiture, ECF No. 17.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 14, 2015, through September 12, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 37.

1  On August 14, 2015, the Federal Bureau of Investigation personally served Moshe Moses
2  with copies of the Preliminary Order of Forfeiture and the Notice.  Notice of Filing Service of Process
3  – FBI, ECF No. 41-3.
4  On August 14, 2015, the Federal Bureau of Investigation personally served VA & AR
5  Corporation, c/o Moshe Moses, President, with copies of the Preliminary Order of Forfeiture and the
6  Notice.  Notice of Filing Service of Process – FBI, ECF No. 41-3.
7  On August 21, 2015, the Federal Bureau of Investigation personally served Rentline, LLC, c/o
8  James Jariv, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice.
9  Notice of Filing Service of Process – FBI, ECF No. 41-3.
10  On August 21, 2015, the Federal Bureau of Investigation personally served Global
11  Emarketing, LLC, c/o James Jariv, Registered Agent, with copies of the Preliminary Order of
12  Forfeiture and the Notice.  Notice of Filing Service of Process – FBI, ECF No. 41-3.
13  On August 21, 2015, the Federal Bureau of Investigation personally served Conroe Texas
14  Biodiesel Producers, Inc., c/o James Jariv, Registered Agent, with copies of the Preliminary Order of
15  Forfeiture and the Notice.  Notice of Filing Service of Process – FBI, ECF No. 41-3.
16  On August 21, 2015, the Federal Bureau of Investigation personally served GEG Capital, c/o
17  James Jariv, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice.
18  Notice of Filing Service of Process – FBI, ECF No. 41-3.
19  On August 21, 2015, the Federal Bureau of Investigation personally served Craig S. Denny
20  with copies of the Preliminary Order of Forfeiture and the Notice.  Notice of Filing Service of Process
21  – FBI, ECF No. 41-3.
22  On August 21, 2015, the Federal Bureau of Investigation personally served Gregory Brower
23  with copies of the Preliminary Order of Forfeiture and the Notice.  Notice of Filing Service of Process
24  – FBI, ECF No. 41-3.
25  / / /
26  / / /

1. On August 25, 2015, the Federal Bureau of Investigation personally served Varda Jariv with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – FBI, ECF No. 41-3.

2. On August 25, 2015, the Federal Bureau of Investigation personally served Rentline, LLC, c/o John E. Fields, with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – FBI, ECF No. 41-3.

3. On August 25, 2015, the Federal Bureau of Investigation personally served VA & AR Corporation, c/o Field Law, Ltd., Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – FBI, ECF No. 41-3.

4. On August 27, 2015, the Federal Bureau of Investigation personally served Theresa Lloyd with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – FBI, ECF No. 41-3.

5. On August 27, 2015, the Federal Bureau of Investigation personally served City Farm Limited, c/o Moti Shapira, Managing Member, with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – FBI, ECF No. 41-3.

6. On August 28, 2015, the Federal Bureau of Investigation personally served Michael Singer, Esq. with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – FBI, ECF No. 41-3.

7. On August 28, 2015, the Federal Bureau of Investigation personally served Nevada Star Development Corporation, c/o Alexander Jariv, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – FBI, ECF No. 41-3.

8. On September 1, 2015, the Federal Bureau of Investigation personally served In Belding with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – FBI, ECF No. 41-3.

/ / /

/ / /

On September 1, 2015, the Federal Bureau of Investigation personally served David Belding with copies of the Preliminary Order of Forfeiture and the Notice.  Notice of Filing Service of Process – FBI, ECF No. 41-3.

On September 1, 2015, the Federal Bureau of Investigation personally served DJ Real Estate, Inc., c/o In Belding, with copies of the Preliminary Order of Forfeiture and the Notice.  Notice of Filing Service of Process – FBI, ECF No. 41-3.

On September 1, 2015, the Federal Bureau of Investigation personally served Las Vegas Resorts Corporation, c/o In Belding, with copies of the Preliminary Order of Forfeiture and the Notice.  Notice of Filing Service of Process – FBI, ECF No. 41-3.

On September 1, 2015, the Federal Bureau of Investigation personally served BIB, LLC, c/o In Belding, with copies of the Preliminary Order of Forfeiture and the Notice.  Notice of Filing Service of Process – FBI, ECF No. 41-3.

On September 2, 2015, the Federal Bureau of Investigation personally served Myungnham Jung with copies of the Preliminary Order of Forfeiture and the Notice.  Notice of Filing Service of Process – FBI, ECF No. 41-3.

On September 2, 2015, the Federal Bureau of Investigation personally served Jiwon Jariv with copies of the Preliminary Order of Forfeiture and the Notice.  Notice of Filing Service of Process – FBI, ECF No. 41-3.

On September 9, 2015, the Federal Bureau of Investigation personally served Glen F. Meier with copies of the Preliminary Order of Forfeiture and the Notice.  Notice of Filing Service of Process – FBI, ECF No. 41-3.

On September 21, 2015, the Federal Bureau of Investigation personally served Global Marketing, LLC, c/o Michael Singer, Esq., with copies of the Preliminary Order of Forfeiture and the Notice.  Notice of Filing Service of Process – FBI, ECF No. 41-3.

/ / /

/ / /

On September 21, 2015, the Federal Bureau of Investigation personally served City Farm Limited, c/o Michael Singer, Esq., with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – FBI, ECF No. 41-3.

On September 21, 2015, the Federal Bureau of Investigation personally served MJ Biofuels, LLC, c/o Michael Singer, Esq., with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – FBI, ECF No. 41-3.

On September 21, 2015, the Federal Bureau of Investigation personally served Conroe Texas Biodiesel Producers, Inc., c/o Michael Singer, Esq., with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – FBI, ECF No. 41-3.

On September 21, 2015, the Federal Bureau of Investigation personally served GEG Capital, c/o Michael Singer, Esq., with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – FBI, ECF No. 41-3.

On September 21, 2015, the Federal Bureau of Investigation personally served TJK Corporation, c/o Michael Singer, Esq., with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – FBI, ECF No. 41-3.

On August 10, 2015, the United States Attorney's Office served AgriBioFuels, LLC, c/o Edward C. Gaiennie, Managing Member, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served AgriBioFuels, LLC, c/o Edward C. Gaiennie, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Atlantic Trading & Marketing, c/o Eric Montsajon, President and CEO, with copies of the Preliminary Order of Forfeiture

/ / /

1  and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of
2  Process – Mail, ECF No. 44-3.
3        On August 10, 2015, the United States Attorney's Office served Atlantic Trading &
4  Marketing, c/o The Corporation Trust Company, Registered Agent, with copies of the Preliminary
5  Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice
6  of Filing Service of Process – Mail, ECF No. 44-3.
7        On August 10, 2015, the United States Attorney's Office served BP Products North America,
8  c/o S. Cornell, President, with copies of the Preliminary Order of Forfeiture and the Notice through
9  regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF
10 No. 44-3.
11       On August 10, 2015, the United States Attorney's Office served BP Products North America,
12 c/o Prentice Hall Corporation, Registered Agent, with copies of the Preliminary Order of Forfeiture
13 and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of
14 Process – Mail, ECF No. 44-3.
15       On August 10, 2015, the United States Attorney's Office served CITGO Petroleum
16 Corporation, c/o Nelson P. Martinez, CEO and President, with copies of the Preliminary Order of
17 Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing
18 Service of Process – Mail, ECF No. 44-3.
19       On August 10, 2015, the United States Attorney's Office served CITGO Petroleum
20 Corporation, c/o CT Corporation System, Registered Agent, with copies of the Preliminary Order of
21 Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing
22 Service of Process – Mail, ECF No. 44-3.
23       On August 10, 2015, the United States Attorney's Office served Chevron U.S.A., Inc., c/o
24 John Watson, CEO, with copies of the Preliminary Order of Forfeiture and the Notice through regular
25 and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.
26 / / /

On August 10, 2015, the United States Attorney's Office served Chevron U.S.A., Inc., c/o Corporation Service Company, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served E.D.&F. ManBiofuels, Inc., c/o Ian Falshaw, Vice-President, Director, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Exxon Mobil Corporation, c/o Rex W. Tillerson, CEO, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Exxon Mobil Corporation, c/o Corporation Service Company, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Farstad Oil, Inc., c/o Bruce Hest, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Farstad Oil, Inc., c/o CT Corporation System, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Flint Hill Resources, LP, c/o Brad Razook, President, with copies of the Preliminary Order of Forfeiture and the Notice through

/ / /

regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Flint Hill Resources, LP, c/o The Corporation Company, Inc., Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served George E. Warren Corporation, c/o Michael E. George, TD, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served George E. Warren Corporation, c/o CT Corporation System, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Hess Corporation, c/o John B. Hess, CEO, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Hess Corporation, c/o The Corporation Trust Company, Registered Agent with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Houston Refining, LP, c/o James L. Gallogly, CEO, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

/ / /

On August 10, 2015, the United States Attorney's Office served Houston Refining, LP, c/o The Corporation Trust Company, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Holly Frontier Refining and Marketing, c/o Michael C. Jennings, President and CEO, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Holly Frontier Refining and Marketing, c/o The Corporation Trust Company, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Irving Oil Terminals, Inc., c/o Paul Browning, President and CEO, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Joseph Mamounas, Esq. of Bilzen Sumberg, c/o Kempler and Company, Inc., with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Lansing Trade Group, LLC, c/o Bill Krueger, CEO, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Lansing Trade Group, LLC, c/o The Corporation Company, Inc., Registered Agent with copies of the Preliminary Order of

Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Lukoil Pan Americas, LLC, c/o Simon Fenner, Managing Director, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Lukoil Pan Americas, LLC, c/o CT Corporation System, Registered Agent with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Marathon Petroleum Company, LP, c/o Gary R. Heminger, President and CEO, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Marathon Petroleum Company, LP, c/o CT Corporation System, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Morgan Stanley Capital Group, c/o Simon T.W. Greenshields, CEO, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 10, 2015, the United States Attorney's Office served Morgan Stanley Capital Group, c/o CT Corporation System, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

1  On August 10, 2015, the United States Attorney's Office served Motiva Enterprises, LLC, c/o
2 The Corporation Trust Company, Registered Agent, with copies of the Preliminary Order of Forfeiture
3 and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of
4 Process – Mail, ECF No. 44-3.
5  On August 10, 2015, the United States Attorney's Office served Murphy Oil USA, Inc., c/o
6 R.A. Clyde, President, with copies of the Preliminary Order of Forfeiture and the Notice through
7 regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF
8 No. 44-3.
9  On August 10, 2015, the United States Attorney's Office served Murphy Oil USA, Inc., c/o
10 The Corporation Company, Inc., Registered Agent, with copies of the Preliminary Order of Forfeiture
11 and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of
12 Process – Mail, ECF No. 44-3.
13  On August 10, 2015, the United States Attorney's Office served NIC Holding Corporation,
14 c/o Elizabeth McConaghy, General Counsel, with copies of the Preliminary Order of Forfeiture and
15 the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of
16 Process – Mail, ECF No. 44-3.
17  On August 10, 2015, the United States Attorney's Office served Northwest Petroleum
18 Company, c/o Thomas F. Kenneally, Sr., President, with copies of the Preliminary Order of Forfeiture
19 and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of
20 Process – Mail, ECF No. 44-3.
21  On August 11, 2015, the United States Attorney's Office served Northwest Petroleum
22 Company, c/o Thomas E. Richardson, Registered Agent, with copies of the Preliminary Order of
23 Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing
24 Service of Process – Mail, ECF No. 44-3.
25 / / /
26 / / /

On August 11, 2015, the United States Attorney's Office served Phillips 66 Company, c/o Greg Garland, CEO, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 11, 2015, the United States Attorney's Office served Phillips 66 Company, c/o United States Corporation Company, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 11, 2015, the United States Attorney's Office served Shell Oil Products, c/o Ben van Buerden, CEO, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 11, 2015, the United States Attorney's Office served Shell Oil Company, c/o Shell Legal Services US, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 11, 2015, the United States Attorney's Office served Shell Oil Company, c/o The Corporation Trust Company, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 11, 2015, the United States Attorney's Office served Statoil Marketing and Trading, c/o Helge Lund, President and CEO, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 11, 2015, the United States Attorney's Office served Statoil Marketing and Trading, c/o Corporation Service Company, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 44-3.

/ / /

On August 11, 2015, the United States Attorney's Office served Sunoco, Inc., c/o Brian P. MacDonald, CEO, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 11, 2015, the United States Attorney's Office served Sunoco, Inc., c/o Corporation Service Company, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 11, 2015, the United States Attorney's Office served Tesoro Corporation, c/o Gregory J. Goff, CEO, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 11, 2015, the United States Attorney's Office served Tesoro Corporation, c/o Corporation Service Company, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 11, 2015, the United States Attorney's Office served Toledo Refining Company, LLC, c/o Thomas Nimbley, CEO, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 11, 2015, the United States Attorney's Office served Toledo Refining Company, LLC, c/o CT Corporation System, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 11, 2015, the United States Attorney's Office served U.S. Venture, Inc., c/o John Schmidt, President, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

1  On August 11, 2015, the United States Attorney's Office served U.S. Venture, Inc., c/o John
2  A. Schmidt, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice
3  through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –
4  Mail, ECF No. 44-3.
5  On August 11, 2015, the United States Attorney's Office served Valero Energy Corporation,
6  c/o William R. Kleese, CEO, with copies of the Preliminary Order of Forfeiture and the Notice
7  through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –
8  Mail, ECF No. 44-3.
9  On August 11, 2015, the United States Attorney's Office served Valero Energy Corporation,
10 c/o The Corporation Trust Company, Registered Agent, with copies of the Preliminary Order of
11 Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing
12 Service of Process – Mail, ECF No. 44-3.
13 On August 11, 2015, the United States Attorney's Office served Western Refining Company,
14 c/o Jeff A. Stevens, CEO, with copies of the Preliminary Order of Forfeiture and the Notice through
15 regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF
16 No. 44-3.
17 On August 11, 2015, the United States Attorney's Office served Western Refining Company,
18 c/o The Corporation Trust Company, Registered Agent, with copies of the Preliminary Order of
19 Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing
20 Service of Process – Mail, ECF No. 44-3.
21 On August 11, 2015, the United States Attorney's Office served WRB Refining, LP, with
22 copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return
23 receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 44-3.
24 On August 11, 2015, the United States Attorney's Office served WRB Refining, LP, c/o
25 Corporation Service Company, Registered Agent, with copies of the Preliminary Order of Forfeiture
26 / / /

and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 11, 2015, the United States Attorney's Office served Bunge North America, c/o Soren Schroder, CEO and President, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 11, 2015, the United States Attorney's Office served Bunge North America, c/o CSC Lawyers Inc. Service Company, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 11, 2015, the United States Attorney's Office served BC Limited dba City Farm Biofuel, LTD., c/o Amlani & Associates, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice via Federal Express. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On August 11, 2015, the United States Attorney's Office served 0858487 B.C. Ltd., c/o Amlani & Associates, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice via Federal Express. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On September 2, 2015, the United States Attorney's Office served E.D.&F. ManBiofuels, Inc., c/o National Corporate Research, Ltd., Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

On September 2, 2015, the United States Attorney's Office served Motiva Enterprises, LLC, c/o Dan Romasko, President and CEO, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

///

On September 24, 2015, the United States Attorney's Office served Irving Oil Terminals, c/o CT Corporation System, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 44-3.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(n)(7) and (p) and shall be disposed of according to law:

1. Cash in the amount of $2,000;
2. $27,648.25 in lieu of 2007 Hummer H2, bearing Nevada tag 953 YZT, VIN 5GRGN23U77H100987;
3. $344,768.07 in lieu of Real Property located at 322 Karen Avenue, #1801, Las Vegas, NV Clark County parcel number 162-10-114-121, including all structures, appurtenances, and improvements thereon;
4. $103,813.61 in lieu of Contents of Bank of America Account Numbers 3970448 and 4781218;
5. $10,480.90 in lieu of Contents of American First Credit Union Account No. 27844083-1; and
6. Contents of any other foreign or domestic bank account involved in the offense and any property traceable to such property.

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED November 16, 2015.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on November 6, 2015.

/s/ Mary Stolz
Mary Stolz
FSA Paralegal